FILED
09 DEC -1 PM 2:48
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL INTERNATIONAL, INC.<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM M. SULLIVAN, an individual, and doing business as T&S DISTRIBUTORS; DESMOND A. THOMAS, an individual, and doing business as T&S DISTRIBUTORS; ROME TECHNOLOGIES, INC., a Maryland Corporation; and DOES 1 to 10,<br><br>Defendants. | CASE NO. 09 CV 1346 WQH (AJB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

HAYES, Judge:

   IT IS HEREBY ORDERED that the Joint Motion for Dismissal with Prejudice is GRANTED. (Doc. # 36). This action is hereby DISMISSED with prejudice, in its entirety, with all parties bearing their own attorneys' fees and costs.

Dated: 12/1/09

_____
United States District Judge